# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK N.A., a national association,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOMMERSET HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:15-cv-796-APG-CWH<br><br>**ORDER CERTIFYING CASE TO NEVADA ATTORNEY GENERAL** |

This case involves a constitutional challenge to a Nevada state statute, specifically NRS §116.3116. Pursuant to 28 U.S.C. §2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of NRS §116.3116 has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

> Hon. Adam Paul Laxalt
> Office of the Attorney General
> 100 North Carson Street
> Carson City, Nevada 89701

/ / / /

/ / / /

/ / / /

1 | Hon. Adam Paul Laxalt
  | Office of the Attorney General
2 | Grant Sawyer Building
  | 555 E. Washington Avenue, Suite 3900
3 | Las Vegas, Nevada 89101

4

DATED THIS 5th day of June, 2015.

5

6

7                                        ANDREW P. GORDON
                                         UNITED STATES DISTRICT JUDGE

8

2