LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant*
*Sommerset Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOMMERSET HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENING, LLC, a Nevada limited-liability company;<br><br>Defendants. | CASE NO. 2:15-cv-00796-APG-CWH<br><br>**DEFENDANT SOMMERSET HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant, SOMMERSET HOMEOWNERS ASSOCIATION ("Sommerset"), by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer an associate with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Sommerset in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

**LIPSON NEILSON, P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 25th day of July, 2018.

                LIPSON NEILSON P.C.

                /s/ Karen Kao
By: _____
J. WILLIAM EBERT, ESQ. (Bar No. 2697)
KAREN KAO, ESQ. (Bar No. 14386)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com
*Attorneys for Defendant Sommerset Homeowners Association*

## **COURT APPROVAL**

**IT IS SO ORDERED.**

**DATED:** July 30, 2018 _____

_____
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b) and Administrative Order 14-2, I hereby certify that on the 25th day of July, 2018, I electronically transmitted the foregoing **DEFENDANT SOMMERSET HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN, ESQ., FROM THE ELECTRONIC SERVICE LIST** to the Clerk's Office using the Odyssey E-File & Serve System for filing and transmittal to the following Odyssey E-File & Serve registrants:

| | |
|---|---|
| Amy F. Sorenson, Esq.<br>Andrew M. Jacobs, Esq.<br>Wayne O. Klomp, Esq.<br>SNELL & WILMER LLP<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501<br>775-785-5440<br>asorenson@swlaw.com<br>ajacobs@swlaw.com<br>wklomp@swlaw.com<br><br>*Attorneys for Plaintiff Wells Fargo Bank, N.A.* | Diana Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>KIM GILBERT EBRON<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>702-485-3300<br>diana@hkimlaw.com<br>jackie@hkimlaw.com<br>karen@hkimlaw.com<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

Steven T. Loizzi, Jr., Esq.
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147
702-222-4033
steve@alessikoenig.com

*Attorney for Alessi & Koenig LLC*

                                           */s/ Sydney Ochoa*
                                         _____
                                         Employee of LIPSON, NEILSON P.C.