Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       hcheong@swlaw.com

*Attorneys for Plaintiff and Counter Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>       Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOMMERSET HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>       Defendants. | Case No.: 2:15-cv-00796-APG-DJA<br><br><br>**STIPULATION AND ORDER TO DISMISS ALESSI & KOENIG, LLC AND SHELLEY D. KROHN, CHAPTER 7 TRUSTEE OF THE ALESSI & KOENIG BANKRUPTCY ESTATE WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited-liability company,<br><br>       Counter Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association,<br><br>       Counter Defendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counter Defendant Wells Fargo Bank, N.A. and Defendant Alessi & Koenig, LLC through Shelley D. Krohn, Chapter 7 Trustee of the Alessi & Koenig Bankruptcy Estate (collectively, the "Parties"), by and through their respective counsel, that all claims in this action between the Parties will be dismissed without prejudice.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of February, 2020.　　　　DATED this 20th day of February, 2020.

SNELL & WILMER L.L.P.　　　　　　　　　SCHWARTZER & MCPHERSON LAW FIRM

By: */s/ Holly E. Cheong*　　　　　　　　　By: */s/ Jeanette E. McPherson*
　　Andrew M. Jacobs, Esq.　　　　　　　　　Jeanette E. McPherson, Esq.
　　(Nevada Bar No. 12787)　　　　　　　　　(Nevada Bar No. 5423)
　　Holly E. Cheong, Esq.　　　　　　　　　2850 S. Jones Blvd, Suite 1
　　(Nevada Bar No. 11936)　　　　　　　　　Las Vegas, Nevada 89109
　　3883 Howard Hughes Parkway　　　　　　　Telephone: (702) 228-7590
　　Suite 1100　　　　　　　　　　　　　　*Attorneys for Shelley D. Krohn, Chapter 7*
　　Las Vegas, Nevada 89169　　　　　　　　*Trustee of the Alessi & Koenig Bankruptcy*
　　Telephone: (702) 784-5200　　　　　　　*Estate*
　　*Attorneys for Plaintiff/Counter*
　　*Defendant Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2020.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200