Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
　　　　ajacobs@swlaw.com
　　　　hcheong@swlaw.com

*Attorneys for Plaintiff and Counter Defendant
Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOMMERSET HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-00796-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited-liability company,<br><br>　　　　　　Counter Claimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association,<br><br>　　　　　　Counter Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counter Defendant Wells Fargo Bank, N.A., Defendant/Counterclaimant SFR Investments Pool 1, LLC, and Defendant Sommerset Homeowners Association (collectively, the "Parties"), by and through their respective counsel, that all claims in this action between the Parties will be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 6th day of April, 2020.

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Andrew M. Jacobs, Esq.
    (Nevada Bar No. 12787)
    Holly E. Cheong, Esq.
    (Nevada Bar No. 11936)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
    *Attorneys for Plaintiff/Counter
    Defendant Wells Fargo Bank, N.A.*

DATED this 6th day of April, 2020.

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
    Diana S. Ebron, Esq.
    (Nevada Bar No. 10580)
    Jacqueline A. Gilbert, Esq.
    (Nevada Bar No. 10593)
    Karen L. Hanks, Esq.
    (Nevada Bar No. 9578)
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    Telephone: (702) 485-3300
    *Attorneys for Defendant/Counterclaimant
    SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 6, 2020.

DATED this 6th day of April, 2020.

SNELL & WILMER L.L.P.

By: */s/ Amber M. Williams*
    J. William Ebert, Esq.
    (Nevada Bar No. 2697)
    Amber M. Williams, Esq.
    (Nevada Bar No. 12301)
    9900 Covington Cross Drive, Suite 120
    Las Vegas, Nevada 89144
    Telephone: (702) 382-1500
    *Attorneys for Defendants Sommerset Homeowners Association*

**ORDER**

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____